IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00504-MOC-DSC

| | |
|---|---|
| **WILLY GRANADOS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **ORDER** |
| **LENDINGTREE, LLC,** | ) ) ) |
| **Defendant.** | ) ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Scott A. Elder and Kristine McAlister Brown]" (documents ##7 and 8) filed November 22, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: November 22, 2022

_____
David S. Cayer
United States Magistrate Judge